1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6
7                               * * *
8    GEORGE MERCIER,                  )
                                      )
9                Plaintiff,           )        2:06-cv-1085-RCJ-RJJ
                                      )
10   v.                               )
                                      )
11                                    )
12   ARNOLD SCHWARZENEGGER, *et al.*,  )          O R D E R
                                      )
13               Defendants.          )
                                      )
14   ─────────────────────────────────)

15       Before the Court for consideration is the Report and Recommendation of Magistrate

16   Judge Robert J. Johnston, entered March 19, 2007. (# 3.)  No objections have been filed.

17       The Court has conducted a review of the record in this case and determines that the

18   Report and Recommendation of the United States Magistrate Judge entered March 19, 2007,

19   should be affirmed.

20       IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Report and

21   Recommendation (# 3) be affirmed and adopted, and the Complaint be dismissed with

22   prejudice.

23       DATED: July 9, 2007

24                                    _____
                                      ROBERT C. JONES
25                                    United States District Judge